# Exhibit A

| Defendant | Email Address |
|---|---|
| 2248 | huanbi51971@163.com |
| 52hertz | fivetwohertz@outlook.com |
| 666 | l17620190382@163.com |
| A2D8S6KFEOLHNM | xmzhiyin@163.com |
| A2R3B1RZJHGZ6Z | wzw888us@163.com |
| A3DMHIX7U9OQJV | tuoshe15373@163.com |
| A3E5NV9LY6RGJZ | liangde2602834@163.com |
| A3LP9GPNA14Z2Q | qunbenzi6@163.com |
| A3QGCRD8WQQR3H | zhangwanqing803x@outlook.com |
| AIORNIY Store | sjdf6456@yeah.net |
| AKIWOS (7-15 Days Arrive) | sjdfbksdg@sina.com |
| AMOUSTORE Up to 80% OFF | drg569874123@sina.com |
| amzduning | taomeiyuefu5@163.com |
| amzlzih | liuzihao20220516@163.com |
| Aniwante | liuhaidongmz@outlook.com |
| ATT1YCUU2TLJJ | amazontopstore@163.com |
| baoyti | baotianyifda1067@sina.com |
| BDZJYZBD | qingjianjieyue@sohu.com |
| BENHENGBAIHUO-store | 18764818866@163.com |
| BEStChArgeRStorE | egsjodsawssxnl@outlook.com |
| Bimgwuz | hoenpye@yeah.net |
| bozhoushigourenwangluokejiyouxiangongsi4820 | ymx4haodian@163.com |
| BYWTUEO GOOD | sdbvc2326@163.com |
| Ccyy | amzbeigegeus@outlook.com |
| Chengdu Shuangli Shuangqi E-commerce Co. LTDDG | chenji34251@163.com |
| chengdulemanningwangluokejiyouxiangongsi | qieya222359@163.com |
| ChengDuManTuiXiuDianZiShangWuYouXianGongSi | ercui55@163.com |
| chengduyirongbukejiyouxiangongsi | kuimu04103@163.com |
| chuangtong-shop | li18255731010@163.com |
| CN good store | bestcngoods@126.com |
| Create-spaces | zz18144971403@163.com |
| Cucuchy | 2696424551@qq.com |
| Dajoyny | dajani@163.com |
| DE GO DA LAO | tiangqian663@tom.com |
| DHJSFHDSLKJLKVCJDSF | yunben517717@163.com |
| dingkangjia | rplm2656@126.com |
| DIYJTS | jutaiscience@outlook.com |
| DIYUME | xiaoxiaogao8888@163.com |
| DJYE ZHAO | yaneus123321@163.com |
| Domi-us | jkl692305@163.com |

| | |
|---|---|
| dsavrewfdsrgebg | raoxun4328420@163.com |
| dvgfg | wargqznq@163.com |
| DzizJNC Customization expert | tanwenqiang1314@outlook.com |
| ELselect | 362583895@qq.com |
| Explore US | yongpingyongzq@163.com |
| FAFUFA | szxinfufa@outlook.com |
| Fanyssi Neon | jefflaw6699@gmail.com |
| Fashion Leisure Sunshine Store | jiamei8275@163.com |
| FlekmanArt-US | zaijiankanqiao@sina.com |
| flminternational-us | qxazrqthj8686@outlook.com |
| fuchenglongjinan | lucina4452@163.com |
| FuZhouShiGuLouQuShuiBuZhaoHuShuiGuoDian | manfujinglun16m@126.com |
| gemutian | martain1234@outlook.com |
| Gibbself | f5rfgh2@sina.com |
| Groundhog Lucky | chenyudou199272@163.com |
| GuangZhouDanXuMaoYiYouXianGongSiadw | tangbin1994112@outlook.com |
| GYTRE | yumiaowenjuyongpindian@outlook.com |
| haikouminglangxinxijishu | buxi2812037@163.com |
| Haikoushijuhaoyueshangmaoyouxiangongsi | biezhi21541@163.com |
| haikouzengaishangmaoyouxiangongsi | yanjingjing10@outlook.com |
| handanshijiaanzhinengshebeixiaoshouyouxiangongsi | ttc996986@163.com |
| HaoluxUS | haoluxus@outlook.com |
| Hats Shop | gute902@163.com |
| Herart | 3459835568@qq.com |
| HJGHGGJHFGCBBRT | manguan8417@163.com |
| Hongjiaxin Trading Co., Ltd | wqe855668@yeah.net |
| HONGKONG SHANGDUODUO TECHNOLOGY LIMITED | knfczjr73@163.com |
| HYTGVB KIMJHH CDSX | amzanshuhong@outlook.com |
| ihanwangluokejiyouxia | taoble2298@163.com |
| JDHKSFJHDSJKF | qishou6823307@163.com |
| Jeff Trump | pamwed456@outlook.com |
| JerryOfficial-US | jiruiclothing@163.com |
| Jidyute | tyui549@hotmail.com |
| jiechenkeji-us | 453760556@qq.com |
| JiLinShengChenPengDianZiShangWuYouXianGongSi2001 | qingtl54148@163.com |
| jinchg | chanchengl@yeah.net |
| Jinstartop | 773039195@qq.com |
| Jooniehouse | yanluc13151@163.com |
| Kadooi | kadooi@outlook.com |
| kangdaxingjiankang | dan2yeslxs@outlook.com |

| | |
|---|---|
| Kaniem | kinnieio@yeah.net |
| Keismodye Store | julanguangdian123@outlook.com |
| Kepom parties | kepomparties@163.com |
| kilkfuczu | owqdkilkfuczu@163.com |
| kukseie | jitanghe14171@163.com |
| LA XIANG | la1102537542@163.com, wang197jbhj@sina.com |
| LANCHUAN | lanchuanyongmei103@163.com |
| Ldrain | xijig42302@163.com |
| LeeQL | liqinlin2022hao@163.com |
| leliwangluo | zhuiy4557476@163.com |
| Leonshay | rinmenyousine@outlook.com |
| Lesin US | zengzeng1234@163.com |
| liuxiahu | shilan73113137551@163.com |
| lizhiyuandejingpinxiaodian | bixin448558@163.com |
| LUOXUGONGSI | bumushangai602674@163.com, fj97754lbd58@163.com |
| maguoqinUS | pj50343321yunzhih@163.com |
| Maibbore store | shineyspar@outlook.com |
| MAIDAMAIQ | dengyan38120@163.com |
| maiLUVson | luvmaison@outlook.com |
| MAXVITON Retail | changsheng@tom.com |
| miaolingUS | miaolingmai168@163.com |
| MIYIA Store | hanzhenstar@126.com |
| N.bro | guan13823588142@163.com |
| nan an shangmao | dongwei352866@163.com |
| NANDIYNZHI | litsistle@sina.com |
| nuhuhb | jiuxianqiaokeng0@163.com |
| OrcaArtUS | orcaartus@outlook.com |
| Peamart | wt666655@163.com |
| PHIL JOHNSON | huai7032@163.com |
| pumoushangmaoyouxiangongsi | ge9962@163.com |
| Qmillio | gongzhu369199@163.com |
| Remember to cherish | wlhhao@outlook.com |
| ROSEPARROT INC | donghuawei1987917@outlook.com |
| ruichangshixujianzhuangbaihuodian | yecaim797333@163.com |
| RuiNuoXuanYi | ruinuoxuanyi@163.com |
| RUIRUILICO FASHION | qqawe616@163.com |
| Sanke Compression Sports | sanke2015z@163.com |
| sdavsdwqegtuhj | lufumeipu4497@163.com |
| shanxifuguqiyeguanliyouxiangongsi | kolpqc64su840@163.com |
| ShenG TianAo | shuorou0072972@126.com |

| Shenzhen Kexinmei Trading Co., Ltd | wsd888669@163.com |
|---|---|
| shilinjia001 | io8220062446@163.com |
| SHIYANJINGXIAO-US | wangxinlei202203@163.com |
| shiyiboshop | shiyibo168@163.com |
| ShShu Store | lanshanqushishushangmaodian@outlook.com |
| songchangyuergd | songchangyueewr@outlook.com |
| ssyCH | khjhb2636@163.com |
| ssyHXW | yghlkg1236@126.com |
| Su Wenbin's shop | s02685530@163.com |
| suizhoushihehewangluokejiyouxiangongsi | zhicai739159@163.com |
| SULMOEITLY | shangmkl370@163.com |
| SuYiJingXin(7-17 Days Delivery) | xinjingjingpin@126.com |
| SYKJUS | shanyunkejius@163.com |
| taiyuanhuantaiju | fangj9478482@163.com |
| TCHUMUM | 3391949603@qq.com |
| TeamFive6 | na5yuan@outlook.com |
| Toamens(7-15Days Arrive) | shaoniandenihaoma@163.com |
| tongmiaoUS | tongmiao989@163.com |
| TYttraws885 | ben2276@yeah.net |
| us art sneakers | hejinasdy22@163.com |
| Visit the stylup Store | stylup@hotmail.com |
| wangchenyitrte | wangchenyi220715@163.com |
| wangleiidedian | wangleiiwa@outlook.com |
| WANGOING | shiqiao496459@163.com |
| WangYunGaoDeShanMaoGongSi | yuanjushuo9396876@163.com |
| wanzaixiandianyunbaihuodian | aguom521497395@163.com |
| Weiss-US | bajil17247@163.com |
| weixianglaitredfs | chongqi43438@163.com |
| wenchuanjiancass | sewerjuddh855@gmail.com |
| Wenzhou Mufei e-commerce Co., Ltd. | lpq901334@163.com |
| WODONG US | wodong1007us@163.com |
| wuyuewuyue | 632845283@qq.com |
| xiamenbilieboxinxikejiyouxiangongsi | kathryn427@163.com |
| xiamenpalinsenshangmaoyouxiangongsi | a13177877523@163.com |
| xiangchengshipeipeiwangluojishufuwuyouxiangongsi | hpy19970326@163.com |
| xianglongniao | qiugan41135ucs@163.com |
| XPDZSW | xiaopingdzsw@outlook.com |
| XueRuiQiShangMaoHang | dongyou6c@sina.com |
| YangJiaYuanDeDian | linhec95450@163.com |
| YG Tang | 691141160@qq.com |
| YGT Fashion and Electronics | hcx2020us@163.com |

| | |
|---|---|
| Yilyfd 7-15 Days Arrival US | eaudedolcevita@126.com |
| yinyanwangluo | meizhan0056@163.com |
| ymxqqg | charles20222022@163.com |
| Your satisfaction is my greatest support | ww27368@163.com |
| Yuaekjes | vwnermxnepu@tom.com |
| yunnankunmingquanqiashangmaoyouxiangongsi | fengjiehao2022@163.com |
| yuqiyoudaoxinxizixungongzuoshi | amberwelder@outlook.com |
| zhangyouminjingpinyouxuan | plh931379@163.com |
| zhouchangyidedian | le52265380548@163.com |
| Z-ONE | lizhanab@126.com |
| zyoptiop | pbtnzoshrpzhifiu@aliyun.com |
| Sport Products Store | chiyidun31347@163.com |
| 11331122 | shishoupeng86@hotmail.com |
| ainnee35 | ainnee357@outlook.com |
| beautifulgirlshop2010 | yue751229@sina.com |
| falishzg | zhlishu@outlook.com |
| hairart2012 | share_girl@hotmail.com |
| haogee1226 | haoge1226@outlook.com |
| htdweddingdress | hkartcollection@yahoo.com.hk |
| huanliu369 | liuhuan25@outlook.com |
| jaycer1 | 734067382@qq.com |
| jianfanj_1 | jijianfang88@hotmail.com |
| jienanlu57835 | dengshishi19610616@163.com |
| jiny_4924 | jinyu8887@hotmail.com |
| kakuki | kakukv@outlook.com |
| konglo_44 | konglong8887@hotmail.com |
| langye | langyuan0707@outlook.com |
| lingstore20100222 | lingstore2010@outlook.com |
| liny_4672 | linyi8887@hotmail.com |
| manta11 | shenlanganj7988@163.com |
| nixuevday | nieguangxue20180315@outlook.com |
| romayitc | nuken201908@gmail.com |
| shoes_stores2020 | 2308348480@qq.com |
| titanlam8 | titanlam@outlook.com |
| xmas629 | brain629@163.com |
| xyli-007 | xyli0258@outlook.com |
| yejiafashion886 | yejiafashion88@hotmail.com |
| ysy_official | ysy_official2021@163.com |