IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 22-cv-06700<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Susan E. Cox** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Nike, Inc. ("Plaintiff" or "Nike") hereby dismisses this action, without prejudice, as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| DIYJTS | 37 |

| | |
|---|---|
| Dated this 12th day of January 2023. | Respectfully submitted,<br><br>/s/ Jake M. Christensen<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Jake M. Christensen<br>Marcella D. Slay<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>jchristensen@gbc.law<br>mslay@gbc.law<br><br>*Counsel for Plaintiff Nike, Inc* |